[No. 65275-3-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LIBAN O. WARSAME, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-00102-4, Michael J. Trickey, J., entered April 7, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 65475-6-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. S.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-04534-0, Christopher A. Washington, J., entered May 11, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.

[No. 66299-6-I.   Division One.   May 2, 2011.]

*In the Matter of the Personal Restraint of* FREDERICK LEE CHRISTOPHE, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 66734-3-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH BUCKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01818-2, Gary R. Tabor, J., entered March 11, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Appelwick, JJ.